| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kerrigan, Kathleen M. | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>04/10/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Tax Court Judge-active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>United States Tax Court<br>400 Second St. N.W.<br>Washington, DC 20217 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | _____ | _____ |
| 2. | _____ | _____ |
| 3. | _____ | _____ |
| 4. | _____ | _____ |
| 5. | _____ | _____ |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with employer law firm. (Reported in Part VII.) All in one account managed by Fidelity and allowed to select from |
| 2. | | certain investments. Also have option of rolling over into an IRA. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kerrigan, Kathleen M.** | 04/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kerrigan, Kathleen M.** | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA (H) | | | | | | | | | |
| 2. Janus Fund Henerson Research JAMRX | A | Dividend | J | T | | | | | |
| 3. Schwab IRA Rollover (H) | | | | | | | | | |
| 4. Schwab Value Advanatage SWVXX | A | Dividend | J | T | Sold (part) | 06/15/20 | J | | |
| 5. Pimco PONAX | A | Dividend | J | T | | | | | |
| 6. Lazard LISOX | A | Dividend | J | T | | | | | |
| 7. Schwab Fundamental Large SFLNX | B | Dividend | J | T | Buy | 06/15/20 | J | | |
| 8. Schwab Mid SWMCX | A | Dividend | J | T | Buy | 06/15/20 | J | | |
| 9. Schwab Fundamental Small SFSNX | A | Dividend | J | T | Buy | 06/15/20 | J | | |
| 10. Schwab One Acoount #1 (H) | | | | | | | | | |
| 11. Janus Fund Henderson Research | B | Dividend | L | T | | | | | |
| 12. Invesco QQQ | A | Dividend | M | T | Buy | 12/07/20 | L | | |
| 13. | | | | | Buy (add'l) | 12/18/20 | L | | |
| 14. Baker & Hostetler Retirement Account (H) | | | | | | | | | |
| 15. Fidelity Growth Co K6 FGKFX | A | Dividend | L | T | | | | | |
| 16. MetWest TOT MWTSX | A | Dividend | K | T | | | | | |
| 17. Fid 500 Index FXAIX | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kerrigan, Kathleen M.** | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | WFA Govt Sec SGVIX | A | Dividend | K | T | | | | | |
| 19. | Scwab Muni Aaccount (H) | | | | | | | | | |
| 20. | Cal St Var Stg ST6 | A | Interest | L | T | Buy | 03/12/20 | L | | |
| 21. | Central FL BH8 | B | Interest | K | T | | | | | |
| 22. | Fairfax County VA SWR JX4 | B | Interest | L | T | | | | | |
| 23. | Denver Airport NW2 | B | Interest | K | T | Buy | 10/28/20 | K | | |
| 24. | Hampton Roads HH9 | A | Interest | J | T | | | | | |
| 25. | Hamoton Roads JU8 | B | Interest | K | T | | | | | |
| 26. | Henrico County VA MS2 | B | Interest | L | T | | | | | |
| 27. | Long Island Power BJ8 | B | Interest | K | T | | | | | |
| 28. | Lower CO River RQ6 | B | Interest | K | T | | | | | |
| 29. | MA St. Health SVI | A | Interest | N | T | | | | | |
| 30. | MA ST. School YQO | A | Interest | L | T | Buy | 07/01/20 | L | | |
| 31. | Met Auth NY FK8 | B | Interest | K | T | | | | | |
| 32. | Met Auth NY JN8 | B | Interest | K | T | | | | | |
| 33. | Michigan St. Hosp. QN9 | B | Interest | K | T | | | | | |
| 34. | MN St. Gen BX7 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  MN St. Gen Hosp. DZ3 | A | Interest | | | Sold | 05/28/20 | K | A | |
| 36.  NJ Turnpike 4Z5 | B | Interest | K | T | | | | | |
| 37.  Ohio St. Water XUI | B | Interest | L | T | | | | | |
| 38.  Seattle WA PU2 | A | Interest | | | Sold | 03/03/20 | L | C | |
| 39.  VA College Bl EBO | B | Interest | L | T | | | | | |
| 40.  VA College Blg 5%29 JH2 | B | Interest | K | T | Buy | 11/02/20 | K | | |
| 41.  VA College 5%27 FFO | B | Interest | L | T | | | | | |
| 42.  VA Commonwealth TR BVI | A | Interest | | | Sold | 03/15/20 | K | B | |
| 43.  VA St. 5%24 5J7 | A | Interest | J | T | | | | | |
| 44.  VA St. Res 5%26 XG3 | B | Interest | L | T | | | | | |
| 45.  VA ST. Res. 5%25 QK1 | B | Interest | L | T | | | | | |
| 46.  VA St/. Water 5%24 PHO | A | Interest | | | Sold | 10/15/20 | K | B | |
| 47.  VA Res. Auth. 5%24 5A6 | A | Interest | K | T | | | | | |
| 48.  VA St. Res. 5%27 2Q4 | B | Interest | L | T | | | | | |
| 49.  University of TX 6D6 | B | Interest | K | T | | | | | |
| 50.  Washington State 6N3 | B | Interest | K | T | | | | | |
| 51.  West Virginia 5%28 ZBO | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Schwab One Account #2 (H) | | | | | | | | | |
| 53. JP Morgan Chasse (Common stock) JPM | B | Dividend | L | T | | | | | |
| 54. Walgren Company (WBA) | A | Dividend | J | T | | | | | |
| 55. Wells Fargo AX3 | C | Interest | M | T | Buy | 02/24/20 | M | | |
| 56. Morgan Stanley TC4 | C | Interest | M | T | Buy | 02/24/20 | M | | |
| 57. Morgan Stanley 6YO | B | Interest | M | T | Buy | 02/24/20 | M | | |
| 58. Matthews India Fund (MINDX) | A | Dividend | L | T | | | | | |
| 59. Schwab Total Stock Mkt (SWTSX) | A | Dividend | O | T | | | | | |
| 60. Vanguard Value VIVAX | D | Dividend | O | T | | | | | |
| 61. Yacktman Fund | | None | | | Sold | 02/19/20 | P1 | G | |
| 62. Schwab INTL EQ (SCHIF) | A | Dividend | L | T | | | | | |
| 63. Schwab Value Advantage SWVXX | A | Interest | L | T | Sold<br>(part) | 02/20/20 | L | | |
| 64. US. Treasury Bills | D | Interest | | | Redeemed | 08/06/20 | O | | |
| 65. | | | | | Buy | 02/21/20 | O | | |
| 66. US. Treasury Bills | B | Interest | | | Redeemed | 08/06/20 | M | | |
| 67. | | | | | Buy | 02/21/20 | M | | |
| 68. Bank Haopalim | C | Interest | M | T | Redeemed | 12/28/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Schwab Rollover IRA #2 (H) | | | | | | | | | |
| 70. | Templeton Dragon Fund TDF | D | Dividend | K | T | | | | | |
| 71. | PIMCO Total Return Fund PTTRX | C | Dividend | M | T | | | | | |
| 72. | Blacrock Latin America MDLTX | A | Dividend | J | T | | | | | |
| 73. | Schwab Total S ock Mkt SWTSZ | E | Dividend | P1 | T | | | | | |
| 74. | Scwhwab Value advantage | A | Interest | J | T | | | | | |
| 75. | Invesco QQQ | A | Dividend | L | T | Buy | 11/30/20 | L | | |
| 76. | SCW INTL EQ ETF SCHIF | C | Dividend | M | T | | | | | |
| 77. | Yacktman Fund YACKX | B | Dividend | K | T | | | | | |
| 78. | Schwab &P 500 Index SWPPX | B | Dividend | L | T | | | | | |
| 79. | Schwab Short-term Muni (H) | | | | | | | | | |
| 80. | Alabama St. Public FH3 | A | Interest | K | T | Buy | 10/29/20 | K | | |
| 81. | Chat. TN HLTH DZ4 | A | Interest | J | T | | | | | |
| 82. | CT ST SPL ZQ9 | A | Interest | J | T | Buy | 05/21/20 | J | | |
| 83. | Conn State. Hops EP3 | A | Interest | K | T | Buy | 01/17/20 | K | | |
| 84. | Dallas Tax Area TA4 | A | Interest | J | T | Buy | 05/21/20 | J | | |
| 85. | DC HWY Tran WP5 | A | Interest | K | T | Buy | 01/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DC Income Tax SGI | A | Interest | K | T | Buy | 02/31/20 | K | | |
| 87. Georgia St. AH6 | A | Interest | K | T | Buy | 05/26/20 | K | | |
| 88. Hampton Road GJ6 | A | Interest | K | T | Buy (add'l) | 01/28/20 | J | | |
| 89. Harris TX FN8 | A | Interest | | | Sold | 10/22/20 | K | A | |
| 90. Hawaii St. 6H6 | A | Interest | K | T | Buy | 01/15/20 | K | | |
| 91. FL ST TPK 7JO | A | Interest | K | T | Buy | 02/06/20 | K | | |
| 92. Illinois Fin Auth FH3 | A | Interest | K | T | Buy | 12/16/20 | K | | |
| 93. MN ST GN AJ9 | A | Interest | | | Buy | 02/10/20 | K | | |
| 94. | | | | | Sold | 12/16/20 | K | | |
| 95. New Jersey St YJ0 | A | Interest | J | T | Buy | 11/19/20 | J | | |
| 96. New York NY GQ7 | A | Interest | K | T | Buy | 02/13/20 | K | | |
| 97. New Uork ST Dorm 5L7 | A | Interest | K | T | Buy | 03/18/20 | K | | |
| 98. San Antonio TX 2J0 | A | Interest | K | T | Buy | 01/17/20 | K | | |
| 99. VA ST. PUb Bld Q57 | A | Interest | K | T | Buy | 03/19/20 | K | | |
| 100. VA ST 2L5 | A | Interest | K | T | Buy | 01/02/20 | K | | |
| 101. VA St. Pub. Auth J63 | A | Interest | K | T | | | | | |
| 102. VA CLG BLDG QT4 | A | Interest | K | T | Buy | 01/17/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Washington St. | A | Interest | K | T | Buy | 03/26/20 | K | | |
| 104. WI ST 6X0 | A | Interest | K | T | Buy | 01/22/20 | K | | |
| 105. WI ST Trans L55 | A | Interest | K | T | Buy | 01/31/20 | K | | |
| 106. C Schwab bank | | None | | | Closed | | | | |
| 107. Schwab Premeier Bank | | None | | | Closed | | | | |
| 108. Schwab Intel Portfolio (H) | | | | | | | | | |
| 109. Schwab Fundamental FNDA | A | Dividend | J | T | Buy (add'l) | 03/30/20 | J | | |
| 110. | | | | | Sold (part) | 02/28/20 | J | | |
| 111. | | | | | Sold (part) | 06/23/20 | J | | |
| 112. Schwab Fundamental International FNDC | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 113. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 114. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 115. SBDR BLMBRG EBND | A | Dividend | | | Sold | 03/30/20 | J | | |
| 116. Xtrackers HYLN | A | Dividend | | | Sold | 03/12/20 | J | | |
| 117. Schwab Fundamental FDNX | A | Dividend | J | T | Buy (add'l) | 03/30/20 | J | | |
| 118. | | | | | Sold | 02/27/20 | J | | |
| 119. | | | | | Sold (part) | 06/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Schwab Fundamental Large FNDF | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 122. | | | | | Sold<br>(part) | 02/24/20 | J | | |
| 123. | | | | | Sold<br>(part) | 06/23/20 | J | A | |
| 124.  Schwab US Large SCHX | A | Dividend | J | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 125. | | | | | Sold | 02/28/20 | J | A | |
| 126.  SPTD INTERMED SPIB | A | Dividend | J | T | | | | | |
| 127.  Vanguard MortgageVMBS | A | Dividend | J | T | Sold<br>(part) | 06/28/20 | J | A | |
| 128.  Schwab Emerging Markets SCHE | A | Dividend | J | T | Sold<br>(part) | 02/28/20 | J | | |
| 129. | | | | | Sold<br>(part) | 03/30/20 | J | | |
| 130.  Schwab Intel Small Cap SCHC | A | Dividend | J | T | Sold | 02/28/20 | J | | |
| 131. | | | | | Buy | 03/30/20 | J | | |
| 132.  Schwab US REIT SCHH | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 133. | | | | | Sold<br>(part) | 02/28/20 | J | | |
| 134. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 135.  I Shares US GOLD IAU | | None | J | T | Sold<br>(part) | 06/23/20 | J | A | |
| 136.  Schwab US TIPS ETF SCHP | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  Schwab Fund EMG MKTS FNDE | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 138. | | | | | Sold (part) | 02/24/20 | J | | |
| 139. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 140. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 141.  Schwab International SCHF | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |
| 142. | | | | | Sold (part) | 02/26/20 | J | | |
| 143. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 144.  Schwab Intermediate SCHR | A | Dividend | | | Sold | 06/23/20 | J | A | |
| 145.  Schwab US Small SCHA | A | Dividend | J | T | Buy (add'l) | 03/30/20 | J | | |
| 146. | | | | | Buy (add'l) | 06/23/20 | J | | |
| 147.  Xtrackers INTL Real HAUZ | A | Dividend | J | T | Sold | 03/11/20 | J | | |
| 148. | | | | | Buy | 04/13/20 | J | | |
| 149.  Schwab Savings Sweep | A | Interest | J | T | | | | | |
| 150.  Vaneck Vectors EMLC | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 151.  Vanguard Intermediate VCIT | A | Dividend | J | T | Buy | 06/23/20 | J | | |
| 152.  I Shares Broad USHY | A | Dividend | | | Buy | 03/12/20 | J | | |
| 153. | | | | | Sold | 06/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Vanguard Global VNQI | | None | | | Buy | 3/12/20 | J | | |
| 155. | | | | | Sold | 04/13/20 | J | A | |
| 156.  Invesco Developed PXF | A | Dividend | | | Buy | 02/28/20 | J | | |
| 157. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 158. | | | | | Sold | 04/03/20 | J | | |
| 159.  I Shares Core USRT | | None | | | Buy | 02/28/20 | J | | |
| 160. | | | | | Sold | 03/30/20 | J | | |
| 161.  Invesco FTSE PRFZ | A | Dividend | | | Buy | 02/27/20 | J | | |
| 162. | | | | | Sold (part) | 02/28/20 | J | | |
| 163. | | | | | Sold (part) | 03/30/20 | J | | |
| 164.  Vanguard S7P 500 VOO | A | Dividend | | | Buy | 02/28/20 | J | | |
| 165. | | | | | Sold | 03/30/20 | J | | |
| 166.  Vanguard Small Cap VB | A | Dividend | | | Buy | 02/28/20 | J | | |
| 167. | | | | | Sold | 03/30/20 | J | | |
| 168.  Vanguard Debeloped VEA | A | Dividend | | | Buy | 02/26/20 | J | | |
| 169. | | | | | Sold | 03/30/20 | J | | |
| 170.  Vanguard FTSE VSS | | None | | | Buy | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 03/30/20 | J | | |
| 172. Invesco FTSG PRF | A | Dividend | | | Buy | 02/27/20 | J | | |
| 173. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 174. | | | | | Sold | 03/30/20 | J | | |
| 175. I Shares Core Emerging | | None | | | Buy | 02/28/20 | J | | |
| 176. | | | | | Sold | 03/30/20 | J | | |
| 177. Invesco FTSE PXH | A | Dividend | | | Buy | 02/24/20 | J | | |
| 178. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 179. | | | | | Sold | 03/26/20 | J | | |
| 180. Invesco FTSE PDN | A | Dividend | | | Buy | 02/24/20 | J | | |
| 181. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 182. | | | | | Sold | 03/26/20 | J | | |
| 183. Schwab Compare Intel (H) | | | | | | | | | |
| 184. Schwab S&P 500 SWPPX | B | Dividend | M | T | | | | | |
| 185. Bank of America Series of Accounts | A | Interest | M | T | | | | | |
| 186. American Express Savings Accounts | D | Interest | N | T | | | | | |
| 187. Capital One Savings Accounts | B | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kerrigan, Kathleen M.** | 04/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 189. EDCS Limited Partnership | D | Rent | O | W | | | | | |
| 190. | E | Interest | | | | | | | |
| 191. VSSC Limited Partnership | D | Rent | M | W | | | | | |
| 192. | A | Interest | | | | | | | |
| 193. THSC LImited Partnership | E | Rent | O | W | | | | | |
| 194. | E | Interest | | | | | | | |
| 195. Falstaff Cneter LLP | | None | L | W | | | | | |
| 196. PHSA Medical Center | B | Interest | | | Sold | 04/03/20 | N | | |
| 197. Inherited IRA Schwab (H) | | | | | | | | | |
| 198. Columbia Dividend Income GEQAX | | None | J | T | Buy | 12/24/20 | J | | |
| 199. Invesco Rising Dividieds OCRDX | | None | J | T | Buy | 12/24/20 | J | | |
| 200. Invesco Select Risk OCCIX | A | Dividend | K | T | Buy | 12/24/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII Investments and Trust lines 189, 191, 193, and 196 are all limied partnership investments in real esate. Line 195 Fallstaff is residual interest in a real estate partnership. In lines 189, 191, and 193, there is also a loan to the partnership. The value of the loan is included in the value of the asset and any interest paid on the loan has been reported.

In Part VII Investement and  Trust line 106, C Schwab Bank and line 10,.Schwab Premier Bank were temporary accounts to hold cash for Schwab brokerage accounts. According to Schwab there was no reportable interest. These acccounts were liqidated at the beginning of 2020. Schwab could not proivde the exact dates for which there were no assets remaining.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kathleen M. Kerrigan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544